IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-303-GMS |
| PACHULSKI STANG ZEIHL YOUNG & JONES P.C. | ) ) ) ) |
|     Defendant. | ) |

**ORDER**

At Wilmington this 19th day of May, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge