IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN D. MARTIN, *Pro Se* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 06-303 (GMS) |
| | : | |
| PACHULSKI, STANG, ZIEHL, YOUNG and JONES, P.C., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

To:  Helen D. Martin, *pro se*
     616 West 8th Street
     Wilmington, DE 19801

PLEASE TAKE NOTICE that Defendants will take the deposition of Plaintiff Helen D. Martin on January 31, 2007, beginning at 10 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., Two Mill Road, Suite 200, Wilmington, Delaware 19806 and will be recorded stenographically.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this __16th__ day of January 2007 that I caused a true and correct copy of the attached Notice of Deposition to be served BY FIRST CLASS MAIL and BY HAND on:

Helen D. Martin, *pro se*
616 West 8th Street
Wilmington, DE 19801

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222