IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE STATE OF DELAWARE

HELEN D. MARTIN, *Pro Se*

    Plaintiff

    v.

PACHULSKI, STANG, ZEIHL,
YOUNG & JONES, P.C.

    Defendant.

C. A. No.: 06-303 (GMS)

### NOTICE OF CHANGE OF ADDRESS

To:    The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street, 6th Floor
Wilmington, DE  19801

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE  19806

PLEASE TAKE NOTICE that the Plaintiff has a change of address to 3 E. 24th Street, Wilmington, DE  19802.

**HELEN D. MARTIN**
*Pro SE*

/s/ Helen D. Martin
Helen D. Martin
3 E. 24th Street
Wilmington, DE  19802
(302) 888-0236

DATED: March 15, 2007



RECEIVED MAR 1 5 2007 U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, HELEN D. MARTIN certify that on this 15th, day of March 2007 I caused one original of the **Notice of Change of Address** to be served via HAND DELIVERY and FIRST CLASS MAIL on:

**HAND DELIVERY**
The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street, 6th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
*Attorney for Defendant*

HELEN D. MARTIN
*Pro Se*