IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE STATE OF DELAWARE

HELEN D. MARTIN, *Pro Se*

    Plaintiff

    v.

PACHULSKI, STANG, ZEIHL,
YOUNG & JONES, P.C.

    Defendant.

C. A. No.: 06-303 (GMS)

## NOTICE OF DEPOSITION

To:   The Honorable Gregory M. Sleet
      U.S. District Court
      District of Delaware
      844 King Street, 6th Floor
      Wilmington, DE 19801

      Richard R. Wier, Jr., Esquire
      Richard R. Wier, Jr., P.A.
      Two Mill Road, Suite 200
      Wilmington, DE 19806

PLEASE TAKE NOTICE that the Plaintiff have scheduled her deposition for **March 30, 2007 at 10:00 a.m.** at the Defendants' offices locate at Richard R. Wier, Jr., Esquire, Richard R. Wier, Jr., P.A., Two Mill Road, Suite 200, Wilmington, DE 19806.

**HELEN D. MARTIN**
*Pro SE*

*/s/ Helen D. Martin*
Helen D. Martin
3 E. 24th Street
Wilmington, DE 19802
(302) 888-0236

DATED: March 15, 2007



RECEIVED
MAR 1 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, HELEN D. MARTIN certify that on this 15th, day of March 2007 I caused an original of the **Notice of Deposition** to be served via HAND DELIVERY and FIRST CLASS MAIL on:

**HAND DELIVERY**
The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street, 6th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
*Attorney for Defendant*

_____
HELEN D. MARTIN
*Pro Se*