IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELEN D. MARTIN, *Pro Se* | : | |
|                Plaintiff | : | |
| v. | : | C.A. No.: 06-303 (GMS) |
| PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C., | : | |
|                Defendant | : | |

## ORDER

Upon presentation and consideration of Defendant's Motion to Compel and any response thereto,

IT IS ORDERED this _____ day of _____, 2007 that:

1. Defendant's Motion is GRANTED;

2. The Plaintiff make herself available for deposition.

3. The Discovery cutoff is extended from May 29, 2007 to _____.

_____