IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE STATE OF DELAWARE

HELEN D. MARTIN, *Pro Se*

    Plaintiff

    v.

PACHULSKI, STANG, ZEIHL,
YOUNG & JONES, P.C.

    Defendant.

C. A. No.: 06-303 (GMS)

### NOTICE OF MOTION

To:   The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street, 4th Floor
Wilmington, DE 19801

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

PLEASE TAKE NOTICE that the Plaintiff is asking the Courts permission to **Extend Discovery Deadline**.

HELEN D. MARTIN
*Pro SE*

*/s/ Helen D. Martin*
Helen D. Martin
3 E. 24th Street
Wilmington, DE 19802
(302) 888-0236

DATED: April 22, 2007

FILED
APR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE