IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE STATE OF DELAWARE

HELEN D. MARTIN, *Pro Se*

    Plaintiff

    v.

PACHULSKI, STANG, ZEIHL,
YOUNG & JONES, P.C.

    Defendant.

C. A. No.: 06-303 (GMS).

## MOTION TO EXTEND DISCOVERY DEADLINE

PLEASE TAKE NOTICE that the Plaintiff is asking the Courts permission to **Extend Discovery Deadline**.

                                          HELEN D. MARTIN
                                          *Pro SE*

                                          */s/ Helen D. Martin*
                                          Helen D. Martin
                                          3 E. 24th Street
                                          Wilmington, DE 19802

DATED: April 22, 2007               (302) 888-0236

FILED

APR 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, HELEN D. MARTIN certify that on this 22th, day of April 2007 I caused an original of the **Motion to Extend Discovery Deadline** to be served via and FIRST CLASS MAIL on:

**FIRST CLASS MAIL**
The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street, 4th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
*Attorney for Defendant*

HELEN D. MARTIN
*Pro Se*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE STATE OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN, *Pro Se* : | |
| : | |
| Plaintiff : | C. A. No.: 06-303 (GMS). |
| : | |
| v. : | |
| : | |
| PACHULSKI, STANG, ZEIHL, : | |
| YOUNG & JONES, P.C. : | |
| : | |
| Defendant. : | |

## ORDER

PLEASE TAKE NOTICE that the Plaintiff is asking the Courts permission to **Extend Discovery Deadline**.

IT IS SO ORDERED this _____ day of _____ 2007.

_____
J.