IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN ) | |
| ) | |
| *Pro Se* Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-303 GMS |
| ) | |
| PACHULSKI, STANG, ZIEHL, ) | |
| YOUNG & JONES, P.C. ) | |
| ) | |
| Defendant ) | |

## ORDER

WHEREAS, on May 8, 2006, a complaint was filed by the pro se plaintiff in this case (D.I. 2);

WHEREAS, on November 24, 2006, an answer to the complaint was filed by the defendant (D.I. 8);

WHEREAS, on November 27, 2006, a Scheduling Order was issued. Discovery was to be completed by May 29, 2007, and dispositive motions were due by July 30, 2007 (D.I. 9);

WHEREAS, on April 24, 2007, a motion to compel the appearance of the plaintiff at a deposition, and to extend the discovery deadline was filed by the defendant (D.I. 17);

WHEREAS, on April 26, 2007, a motion to extend the time to complete discovery was filed by the pro se plaintiff (D.I. 21);

IT IS HEREBY ORDERED that:

1. The defendant's and the plaintiff's motions (D.I. Nos. 17 and 21) are GRANTED. The plaintiff is directed to appear for a deposition on a mutually agreed upon date and time. Failure of the plaintiff to appear for the deposition may result in the dismissal of this action.

2. The deadline within which to complete discovery is extended to June 29, 2007. The deadline for the filing of dispositive motions is extended to August 30, 2007. No further extensions will be granted.

_____
UNITED STATES DISTRICT JUDGE

May __24__, 2007

```
FILED
MAY 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```