IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN, *Pro Se* | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 06-303 (GMS) |
| | : |
| PACHULSKI, STANG, ZIEHL, YOUNG and JONES, P.C., | : |
| | : |
| Defendant. | : |

### THIRD RE-NOTICE OF DEPOSITION

To:   Helen D. Martin, *pro se*
      3 E. 24th Street
      Wilmington, DE 19802

PLEASE TAKE NOTICE that Defendants will take the deposition of Plaintiff Helen D. Martin on June 11, 2007, beginning at 9 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., Two Mill Road, Suite 200, Wilmington, Delaware 19806 and will be recorded stenographically.

**RICHARD R. WIER, JR., P.A.**

　　/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this _25th_ day of May 2007 that I caused a true and correct copy of the attached Notice of Deposition to be served BY FIRST CLASS MAIL and BY HAND on:

Helen D. Martin, *pro se*
3 E. 24th Street
Wilmington, DE 19802

                                      **RICHARD R. WIER, JR., P.A.**

                                      /s/ Richard R. Wier, Jr.
                                      Richard R. Wier, Jr. (#716)
                                      Two Mill Road, Suite 200
                                      Wilmington, DE 19806
                                      (302)888-3222