IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN, *Pro se* <br> Plaintiff <br><br> v. <br><br> PACHULSKI, STANG, ZIEHL, <br> YOUNG & JONES, P.C., <br> Defendant | § <br> § <br> § <br> § <br> §    C.A. No.: 06-303 (GMS) <br> § <br> § <br> § <br> § |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, through its undersigned counsel, respectfully moves for Summary Judgment on all counts of the Complaint of Plaintiff Helen D. Martin. The grounds for this Motion are set forth in the Opening Brief in Support of Defendant's Motion for Summary Judgment, which is filed separately.

Respectfully submitted,

Dated: August 30, 2007

/s/ *Richard R. Wier, Jr.*
Richard R. Wier, Jr. ( #716)
Michele D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
Rwier@wierlaw.com
302.888.3222
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN, *Pro se* <br> Plaintiff <br><br> v. <br><br> PACHULSKI, STANG, ZIEHL, <br> YOUNG & JONES, P.C., <br> Defendant | § § § § § § § § § § § <br><br> C.A. No.: 06-303 (GMS) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2007, that I served Plaintiff, Helen D. Martin with Defendant's, Motion For Summary Judgment by U.S. MAIL on:

Helen D. Martin, *pro se*
3 East 24th Street
Wilmington, Delaware 19802

RICHARD R. WIER, JR., P.A.

/s/ Richard R. Wier
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222