## RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

**RICHARD R. WIER, JR.***

**MICHELE D. ALLEN***

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

October 4, 2007

The Honorable Gregory M. Sleet
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:   Helen D. Martin v. Pachulski, Stang, Ziehl, Young & Jones, P.C.
      C.A. No. 06-303 (GMS)

Dear Judge Sleet,

      On August 30, 2007, on behalf of the Defendant we filed a Motion For Summary Judgment and an Opening Brief In Support thereof. Plaintiff's Answering Brief was due on September 17, 2007. On September 11, 2007 the Motion and Opening Brief which was mailed to Plaintiff at 3 East 24th Street Wilmington, DE 19802, was returned by the post office as addressee unknown. We then contacted the Clerk to verify Plaintiff's address and the Clerk confirmed the address that we had. Additionally, we also ran an internet search in an attempt to obtain an updated address for Plaintiff, but were unable to obtain a new address.

      Therefore, Defendant respectfully requests the Court take notice of Defendant's Motion and Opening Brief in Support of Summary Judgment and, since it is unopposed rule in favor of Defendant.

      We are available at Your Honor's convenience if it requires any additional information.

Respectfully submitted,

/s/ Richard R. Wier
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222