IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN D. MARTIN, )<br>)<br>*Pro Se* Plaintiff )<br>)<br>v. )<br>)<br>PACHULSKI, STANG, ZIEHL, )<br>YOUNG & JONES, P.C. )<br>)<br>Defendant ) | Civil Action No. 06-303 GMS |

## ORDER

WHEREAS, on May 8, 2006, a complaint was filed by the pro se plaintiff in this case (D.I. 2);

WHEREAS, on November 24, 2006, an answer to the complaint was filed by the defendant (D.I. 8);

WHEREAS, on November 27, 2006, a Scheduling Order was issued. Discovery was to be completed by May 29, 2007, and dispositive motions were due by July 30, 2007 (D.I. 9);

WHEREAS, on May 24, 2007, an Order was issued extending the discovery deadline to June 29, 2007, and the dispositive motions deadline to August 30, 2007 (D.I. 22);

WHEREAS, on August 30, 2007, the defendant filed a motion for summary judgment (D.I. 25);

WHEREAS, as of today's date, the docket reflects that the plaintiff has not filed a responsive brief in opposition to the motion for summary judgment;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to respond to the defendant's motion for summary judgment within 10 days from the date of this Order. No extensions will be granted; and

2. Should the plaintiff fail to comply with this Order, the court will decide the motion for summary judgment on the present record.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November __2__, 2007

FILED

NOV - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE