

Judge Gregory M. Sleet
**UNITED STATES DISTRICT COURT**
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

OFFICIAL BUSINESS

049J82023030
$01.14⁰
03/11/2008
Mailed From 1980
US POSTAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HELEN D. MARTIN,                          )
                                          )
            *Pro Se* Plaintiff,           )
                                          )
      v.                                  )      Civil Action No. 06-303 GMS
                                          )
PACHULSKI, STANG, ZIEHL,                  )
YOUNG & JONES, P.C.,                      )
                                          )
            Defendant.                    )

### MEMORANDUM

### I.    INTRODUCTION

On May 8, 2006, the plaintiff, Helen D. Martin ("Martin"), filed the present lawsuit against

the Pachulski, Stang, Ziehl, Young, & Jones, P.C. (the "defendant"), alleging that the defendant

violated her constitutional rights, pursuant to 42 U.S.C. § 1983, Title VII of the Civil Rights Act, 42

U.S.C. §§ 2000e *et seq*. ("Title VII"), and the Delaware State Discrimination Act, Del. Code Ann.

tit. 19, § 710 *et seq*. Martin, an African American female, further alleges that she was subjected to

a hostile work environment and constructively discharged.

Presently before the court is the defendant's motion for summary judgment on all claims.

For the reasons that follow, the court will grant the motion.

### II.    BACKGROUND

Martin was employed as a managing supervisor for the Delaware office file room of the

defendant from January 10, 2000, until January 27, 2003. (D.I. 1 ¶¶ 5, 7.)[1] During her tenure as

managing supervisor, Martin complained to the defendant's managers a number of times regarding

---

[1] The facts as recited herein are taken from Martin's complaint, deposition testimony, and
Charge of Discrimination.